UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUZZFEED, INC.,
              Plaintiff,

      - against -

U.S. DEPARTMENT OF JUSTICE,
              Defendant.

21-cv-7533 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 12, 2021.

SO ORDERED.
Dated:    New York, New York
          October 27, 2021

                                   /s/ John G. Koeltl
                                   John G. Koeltl
                               United States District Judge