UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUZZFEED INC.,

                Plaintiff,

- against -

U.S. DEPARTMENT OF JUSTICE,

                Defendant.

21-cv-7533 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Department of Justice should submit one set of paper courtesy copies of the fully briefed cross-motions for summary judgment.

SO ORDERED.

Dated:   New York, New York
        May 6, 2022

                                            John G. Koeltl
                                      United States District Judge