**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BUZZFEED INC.,

                 Plaintiff,

-against-                                    21 **CIVIL** 7533 (JGK)

                                                   **<u>JUDGMENT</u>**

U.S. DEPARTMENT OF JUSTICE,
                 Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 21, 2022, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. The plaintiff's motion for summary judgment is denied and DOJ's motion for summary judgment is granted. Judgment is entered dismissing this case; accordingly, the case is closed.

**Dated:**  New York, New York

       June 21, 2022

                                                    **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                         **BY:**     _K. Mango_
                                                   **Deputy Clerk**