# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BUZZFEED, INC.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

U.S. DEPARTMENT OF JUSTICE

(List the full name(s) of the defendant(s)/respondent(s).)

21 CV 7533 (JGK)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Plaintiff, BuzzFeed Inc.

Plaintiff, BuzzFeed Inc.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☐ order entered on: 6/21/2022

(date that judgment or order was entered on docket)

that: Plaintiff's motion for summary judgment is denied and DOJ's motion for summary judgment is granted.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| | |
|---|---|
| 8/18/2022 | /s/ Matthew V. Topic |
| Dated | Signature* |
| Topic, Matthew V. | |
| Name (Last, First, MI) | |
| 311 N Aberdeen St, 3rd Fl | Chicago | IL | 60607 |
| Address | City | State | Zip Code |
| (312) 243-5900 | matt@loevy.com |
| Telephone Number | E-mail Address (if available) |

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13